THE STATE OF OHIO, APPELLANT, *v.* FITCH, APPELLEE.

[Cite as *State v. Fitch,* 104 Ohio St.3d 156, 2004-Ohio-6387.]

(No. 2002–1953—Submitted October 26, 2004—Decided December 8, 2004.)

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court for resentencing consistent with *State v. Jordan,* 104 Ohio St.3d 21, 2004-Ohio-6085, 817 N.E.2d 864.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Lisa Reitz Williamson, Assistant Prosecuting Attorney, for appellant.